# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PONIO, PENNY RACHAEL § Case No. 14-81910-LMT
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $68,860.00               Assets Exempt: $19,847.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,068.25    Claims Discharged
                                              Without Payment: $1,063.52

Total Expenses of Administration: $2,971.55

3) Total gross receipts of $ 22,051.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,011.70 (see **Exhibit 2**), yielded net receipts of $12,039.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $67,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,971.55 | 2,971.55 | 2,971.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,818.79 | 9,068.25 | 9,068.25 | 9,068.25 |
| **TOTAL DISBURSEMENTS** | $70,318.79 | $12,039.80 | $12,039.80 | $12,039.80 |

4) This case was originally filed under Chapter 7 on June 17, 2014. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2015          By: /s/BERNARD J. NATALE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/7th share of proceeds from brother's estate | 1129-000 | 22,051.50 |
| **TOTAL GROSS RECEIPTS** | | **$22,051.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Penny Rachael Ponio | Debtor's Exemption Pursuant to 735 ILCS 5/12-1001(b) | 8100-002 | 2,147.00 |
| PONIO, PENNY RACHAEL | Distribution paid 100.00% on $7,864.70; Claim# SURPLUS; Filed: $7,864.70; Reference: | 8200-002 | 7,864.70 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,011.70** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Century 21 Mortgage | 4110-000 | 67,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$67,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 913.75 | 913.75 | 913.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,953.98 | 1,953.98 | 1,953.98 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 6.24 | 6.24 | 6.24 |
| BERNARD J. NATALE | 2200-000 | N/A | 17.82 | 17.82 | 17.82 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.22 | 14.22 | 14.22 |
| Rabobank, N.A. | 2600-000 | N/A | 17.89 | 17.89 | 17.89 |
| Rabobank, N.A. | 2600-000 | N/A | 15.75 | 15.75 | 15.75 |
| Rabobank, N.A. | 2600-000 | N/A | 21.90 | 21.90 | 21.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,971.55 | $2,971.55 | $2,971.55 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC as assignee of Citibank, N.A. | 7100-000 | N/A | 5,912.13 | 5,912.13 | 5,912.13 |
| 1I | PYOD, LLC as assignee of Citibank, N.A. | 7990-000 | N/A | 5.97 | 5.97 | 5.97 |
| 2 | PYOD, LLC as assignee of Citibank, N.A. | 7100-000 | 1,755.27 | 1,870.21 | 1,870.21 | 1,870.21 |
| 2I | PYOD, LLC as assignee of Citibank, N.A. | 7990-000 | N/A | 1.89 | 1.89 | 1.89 |
| 3 | PYOD, LLC as assignee of Citibank, N.A. | 7100-000 | N/A | 1,276.76 | 1,276.76 | 1,276.76 |
| 3I | PYOD, LLC as assignee of Citibank, N.A. | 7990-000 | N/A | 1.29 | 1.29 | 1.29 |
| NOTFILED | McHenry Radiologists Imaging Assoc | 7100-000 | 980.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Menards | | 7100-000 | 83.52 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $2,818.79 | $9,068.25 | $9,068.25 | $9,068.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-81910-LMT  
**Case Name:** PONIO, PENNY RACHAEL  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/17/14 (f)  
**§341(a) Meeting Date:** 07/17/14  

**Period Ending:** 08/10/15  
**Claims Bar Date:** 01/21/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 7408 Chippewa Dr., Wonder Lake IL 6009 | 66,160.00 | 0.00 | | 0.00 | FA |
| 2 | Amount of cash in debtors possession | 10.00 | 0.00 | | 0.00 | FA |
| 3 | The State Bank Group, checking account No.XXX426 | 60.00 | 0.00 | | 0.00 | FA |
| 4 | Used household goods and furnishings | 1,293.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothing and apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Used costume jewlery | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Used photography equipment | 25.00 | 0.00 | | 0.00 | FA |
| 8 | 1/7th share of proceeds from brother's estate | 10,000.00 | 19,853.00 | | 22,051.50 | FA |
| 9 | 1998, Ford, Windstar, Mileage:115,000 | 647.00 | 0.00 | | 0.00 | FA |
| 10 | Used computer and equipment | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Pets: 2 dogs, 2 cats | 15.00 | 0.00 | | 0.00 | FA |
| 12 | Used yard tools and lawn care equipment | 80.00 | 0.00 | | 0.00 | FA |
| 13 | Used cell phone | 20.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$78,860.00** | **$19,853.00** | | **$22,051.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL REPORT COMPLETE MARCH 18, 2015.

**Initial Projected Date Of Final Report (TFR):**    April 30, 2015    **Current Projected Date Of Final Report (TFR):**    March 18, 2015  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81910-LMT  
**Case Name:** PONIO, PENNY RACHAEL  
**Taxpayer ID #:** **-***1084  
**Period Ending:** 08/10/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/14 | {8} | Estate of Scott M. Lyle | Partial Payment of Inheritance | 1129-000 | 11,000.00 | | 11,000.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,990.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.22 | 10,975.78 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.89 | 10,957.89 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.75 | 10,942.14 |
| 02/11/15 | 101 | Penny Rachael Ponio | Debtor's Exemption Pursuant to 735 ILCS 5/12-1001(b) | 8100-002 | | 2,147.00 | 8,795.14 |
| 02/12/15 | {8} | Estate of Scott M. Lyle | 2nd Distribution of Inheritance from Brother's Estate | 1129-000 | 11,051.50 | | 19,846.64 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.90 | 19,824.74 |
| 04/20/15 | 102 | PONIO, PENNY RACHAEL | Distribution paid 100.00% on $7,864.70; Claim# SURPLUS; Filed: $7,864.70; Reference: | 8200-002 | | 7,864.70 | 11,960.04 |
| 04/20/15 | 103 | BERNARD J. NATALE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,971.80 | 9,988.24 |
| | | | Dividend paid 100.00%   1,953.98<br>on $1,953.98;  Claim#<br>TRTE; Filed: $1,953.98 | 2100-000 | | | 9,988.24 |
| | | | Dividend paid 100.00%   17.82<br>on $17.82;  Claim#<br>TRTEEXP; Filed:<br>$17.82;  Reference: EXP<br>FOR COPIES &<br>POSTAGE | 2200-000 | | | 9,988.24 |
| 04/20/15 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,ATTYEXP | | | 919.99 | 9,068.25 |
| | | | Dividend paid 100.00%   913.75<br>on $913.75;  Claim#<br>ATTY; Filed: $913.75;<br>Reference: ATTY FEES<br>FOR BJN & MB | 3110-000 | | | 9,068.25 |
| | | | Dividend paid 100.00%   6.24<br>on $6.24;  Claim#<br>ATTYEXP; Filed: $6.24;<br>Reference: EXP FOR<br>10/29/14 | 3120-000 | | | 9,068.25 |
| 04/20/15 | 105 | PYOD, LLC as assignee of Citibank, N.A. | Combined Check for Claims#1,2,3,1I,2I,3I | | | 9,068.25 | 0.00 |
| | | | Dividend paid 100.00%   5,912.13 | 7100-000 | | | 0.00 |

Subtotals :   $22,051.50   $22,051.50

{} Asset reference(s)   Printed: 08/10/2015 02:18 PM   V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-81910-LMT  
**Case Name:** PONIO, PENNY RACHAEL  

**Taxpayer ID #:** **-***1084  
**Period Ending:** 08/10/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $5,912.13; Claim# 1; Filed: $5,912.13; Reference: 6573 CITIBANK | | | | |
| | | | Dividend paid 100.00% on $1,870.21; Claim# 2; Filed: $1,870.21; Reference: 3143 CITIBANK/HOME DEPOT           1,870.21 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1,276.76; Claim# 3; Filed: $1,276.76; Reference: 8204 CITIBANK/BEST BUY           1,276.76 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $5.97; Claim# 1I; Filed: $5.97; Reference: 6573 CITIBANK           5.97 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1.89; Claim# 2I; Filed: $1.89; Reference: 3143 CITIBANK/HOME DEPOT           1.89 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1.29; Claim# 3I; Filed: $1.29; Reference: 8204 CITIBANK/BEST BUY           1.29 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 22,051.50 | 22,051.50   $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 22,051.50 | 22,051.50 |
| Less: Payments to Debtors | | 10,011.70 |
| **NET Receipts / Disbursements** | **$22,051.50** | **$12,039.80** |

{} Asset reference(s)                                                                                                               Printed: 08/10/2015 02:18 PM    V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 14-81910-LMT | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | PONIO, PENNY RACHAEL | Bank Name: | Rabobank, N.A. |
| | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***1084 | Blanket Bond: | $8,842,000.00 (per case limit) |
| Period Ending: | 08/10/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :     22,051.50
Less Payments to Debtor :     10,011.70
————————
Net Estate :     $12,039.80

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ********66 | 22,051.50 | 12,039.80 | 0.00 |
| | $22,051.50 | $12,039.80 | $0.00 |